UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>LIANYU LI, )<br>    aka Xiangli Chen, )<br>    Jian Liu, Yinji Zhang, )<br>    and Ying Ji Sun, )<br>JIN HUA DONG, )<br>    aka Renyu Cui and )<br>    Zong Shu Liu, )<br>MYUNG PAK, )<br>    aka Pak Lse Myung ) | MAGISTRATE JUDGE NOLAN<br><br>CASE NUMBER:<br><br>08CR 371 |

### ORDER

The UNITED STATES OF AMERICA by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, having moved this Court to Seal the Complaint, Arrest Warrants and Affidavit in support thereof, and having demonstrated good cause in support of its motion, specifically, that disclosure of the search warrant would jeopardize the investigation,

IT IS HEREBY ORDERED THAT the Complaint, Arrest Warrants and Affidavit in support thereof be sealed until June 6, 2008 or until further notice of the Court.

ENTER:

*[signature]*
Nan Nolan
U.S. Magistrate Judge
United States District Court

Dated: May 8, 2008