Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 371 - ALL | **DATE** | 05/08/08 |
| **CASE TITLE** | USA vs. Lianyu Li , Jin Hua Dong, Myung Pak | | |

**DOCKET ENTRY TEXT**

Warrant for arrest to issue as to Lianyu Li , Jin Hua Dong, Myung Pak.

Docketing to mail notices.

| | Courtroom Deputy Initials: | LXS |
|---|---|---|