# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 371 - 3 | **DATE** | 05/09/08 |
| **CASE TITLE** | USA vs. Myung Pak | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Myung Pak appears in response to arrest on 05/08/08. Defendant informed of her rights. The court finds defendant unable to afford counsel. Enter Order appointing Panel Attorney Keri Ann Amborsio as counsel for defendant. Government seeks detention. Detention hearing to be held on 05/14/08 at 3:15 p.m. Defendant to remain in custody until further order of the Court.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | LXS |
|---|---|---|