CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT

## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT | ☐ OTHER PANEL (Specify below) |

IN THE CASE OF

USA  v.s.  *PAK*

FOR    **MAY 0 9 2008**

AT

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

LOCATION NUMBER

08 CR 371

PERSON REPRESENTED (Show your full name)

*Myung PAK*

| | |
|---|---|
| 1 ☐ Defendant - Adult | |
| 2 ☐ Defendant - Juvenile | |
| 3 ☐ Appellant | |
| 4 ☐ Probation Violator | |
| 5 ☐ Parole Violator | |
| 6 ☐ Habeas Petitioner | |
| 7 ☐ 2255 Petitioner | |
| 8 ☐ Material Witness | |
| 9 ☐ Other | |

DOCKET NUMBERS

Magistrate

08 CR 371 - 3

District Court

Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →)  ☑ Felony   ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOY-MENT**

Are you now employed?  ☐ Yes  ☑ No  ☐ Am Self-Employed

Name and address of employer: _____

IF YES, how much do you earn per month? $ _____

IF NO, give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed?  ☐ Yes  ☐ No

IF YES, how much does your Spouse earn per month? $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☐ No

RECEIVED          SOURCES

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES   $ _____

**CASH**

Have you any cash on hand or money in savings or checking accounts?  ☐ Yes  ☐ No  IF YES, state total amount $ _____

**PROP-ERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☐ No

VALUE          DESCRIPTION

IF YES, GIVE THE VALUE AND DESCRIBE IT   $ _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS

☐ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR
☑ DIVORCED

Total No. of Dependents   *19*

**DEBTS & MONTHLY BILLS**

(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| *Toyota Corolla* | | $ 7,000 | 380/mo |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date)  *May 9, 2005*

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶  *Yung y Pak*