UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

MAY 1 4 2008

MAGISTRATE JUDGE NAN R. NOLAN
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 371 |
| | ) | U.S. Magistrate Judge Nan R. Nolan |
| MYUNG PAK | ) | |

## MOTION TO REINSTATE ARREST WARRANT

Now comes the UNITED STATES OF AMERICA by PATRICK J. FITZGERALD,

United States Attorney for the Northern District of Illinois, and moves the Court to reinstate its

arrest warrant, dated May 8, 2008, for Myung Pak in this matter.

**FILED**

MAY 1 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:

Edward N. Siskel
Assistant U.S. Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-7602

DATED: May 14, 2008