# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 371 - 1 | **DATE** | 5/14/2008 |
| **CASE TITLE** | USA vs. Myung Pak | | |

**DOCKET ENTRY TEXT**

Government's motion to reinstated arrest warrant as to defendant Myung Pak is granted. Enter Order.

Docketing to mail notices.

| | Courtroom Deputy Initials: | LXS |
|---|---|---|