UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 371 |
| | ) | U.S. Magistrate Judge Nan R. Nolan |
| MYUNG PAK | ) | |

### ORDER

The UNITED STATES OF AMERICA by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, having moved this Court to reinstate its arrest warrant, issued May 8, 2008, for Myung Pak in this matter,

IT IS HEREBY ORDERED THAT the motion of the United States to reinstate the arrest warrant for Myung Pak is granted.

ENTER:

*Nan R. Nolan*
Nan R. Nolan
United States Magistrate Judge
United States District Court

Dated: May 14, 2008